**FILED**

August 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Joseph Hinojos

DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **PE: 25-MJ-420** |
| 1.  Javier Alejandro GAMBOA Valadez | ) | |
| 2.  Jose Benjamin HERNANDEZ | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/13/2025  in the county of  Reeves  in the
WESTERN DISTRICT OF TEXAS , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. 841(a)(1) & (b)(1)(A)(viii)    (1-2) | did knowingly and intentionally possess with intent to distribute cocaine, to wit: 54 kilograms/ 118.8 pounds, a schedule II controlled substance |
| 18 U.S.C 2    (1-2) | Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Will Werner*

*Complainant's signature*

Will Werner, Special Agent, HSI

*Printed name and title*

Complaint sworn to telephonic ally and signed
electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*Judge's signature*

Date:    08/15/2025

City and state:    Pecos, Texas

Honorable Judge Ronald C. Griffin

*Printed name and title*

AFFIDAVIT

On August 13, 2025, at approximately 1338 hours, Reeves County Sherriff's Deputies conducted a vehicle stop on a white in color Ford panel van after observing the driver commit a traffic infraction; Following Too Closely. Deputies identified the driver as Javier GAMBOA Valadez and the passenger as Jose Benjamin HERNANDEZ, both United States citizens. Both subjects informed deputies they were traveling to Odessa, TX to pickup and transport a vehicle back to El Paso, TX.

Deputies requested and were granted consent by GAMBOA to search the vehicle. During the search, a narcotic detection canine arrived, conducted a sniff of the vehicle and indicated a positive alert to the odor of narcotics. After GAMBOA was advised of the canine alert, he stated marijuana had been smoked in the vehicle the night before. Both subjects and the vehicle were relocated to the Reeves County Sheriff's Office annex building.

During the probable cause search of the vehicle, deputies located a wooden table concealed inside the cargo area. The table contained six (6) vertical beams that ran the length of the entire table. Deputies observed anomalies inside the beams, and after closer inspection, discovered brick shaped bundles concealed within. Deputies subsequently extracted nine (9) bundles from inside each beam for a total of 54 bundles. The bundles tested positive for the properties of cocaine. The total weight of the 54 bundles of cocaine was approximately 118.8 pounds/ 54.0 kilograms.

HSI Presidio Agents read GAMBOA his Miranda Statement of Rights and he agreed to make a statement. GAMBOA stated he was being paid approximately $3500.00 to deliver the cocaine from Mexico to Atlanta, GA. GAMBOA also stated as part of his agreement with the drug smuggling organization, he would be transporting bulk cash back to Mexico. GAMBOA stated he had successfully delivered cocaine to Atlanta on behalf of the organization on four (4) or more prior occasions.

HSI Presidio Agents read HERNANDEZ his Miranda Statement of Rights and he agreed to make a statement. HERNANDEZ stated he was being paid approximately $2000.00 to deliver the cocaine from Mexico to Atlanta. HERNANDEZ also stated as part of his agreement with the drug smuggling organization, he would be transporting bulk cash back to Mexico. HERNANDEZ stated he had successfully delivered cocaine to Atlanta on behalf of the organization on eight (8) or more prior occasions.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

WILLIAM S WERNER JR
Digitally signed by WILLIAM S WERNER JR
Date: 2025.08.14 13:24:20 -05'00'

_____
Will Werner
HSI Special Agent