UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: PE:25-CR-00173(1,2)-DC |
| | § | |
| (1) Javier Alejandro Gamboa Valadez | § | |
| (2) Jose Benjamin Hernandez | § | |

# COURT EXHIBITS, Page 1

| **Exhibit** | **Description** | **Date Admitted** |
| --- | --- | --- |
| 1 | PRETRIAL REPORT - DEFT. 1 | 08/26/2025 |
| 2 | PRETRIAL REPORT - DEFT. 2 | 08/26/2025 |