1
00:00:03,060 --> 00:00:24,960
Do you have your license with you, sir?

2
00:00:24,960 --> 00:00:25,960
Yes.

3
00:00:25,960 --> 00:00:26,960
Give it to me please.

4
00:00:26,960 --> 00:00:31,770
Yes.

5
00:00:31,770 --> 00:00:32,770
How are you?

6
00:00:32,770 --> 00:00:33,770
I'm good.

7
00:00:33,770 --> 00:00:34,770
Yes, that's good.

8
00:00:34,770 --> 00:00:35,770
Give me that, please.

9
00:00:35,770 --> 00:00:36,770
Is this van yours?

10
00:00:36,770 --> 00:00:37,770
No.

11
00:00:37,770 --> 00:00:38,770
No?

12
00:00:38,770 --> 00:00:39,770
No.

13
00:00:39,770 --> 00:00:42,770
Well, Javier, why don't you come down and come down with me just to explain why he stopped you.

14
00:00:42,770 --> 00:00:43,770
And this is a warning not a ticket, ok.

15
00:00:43,770 --> 00:00:44,770
No.

16
00:00:44,770 --> 00:00:45,770
Okay, come with me, okay?

17
00:00:45,770 --> 00:00:46,770
Okay.

18
00:00:46,770 --> 00:00:47,770
Can you look for the registration?

19
00:00:47,770 --> 00:00:48,770
Okay.

20
00:00:48,770 --> 00:00:49,770
I do have it here.

21
00:00:49,770 --> 00:00:50,770
Okay.

22

00:00:50,770 --> 00:00:51,770
And then the insurance too?

23
00:00:51,770 --> 00:00:52,770
uhh.

24
00:00:52,770 --> 00:00:53,770
I think the insurance comes here.

25
00:00:53,770 --> 00:00:56,770
They told us that it is here, with the plates.

26
00:00:56,770 --> 00:00:57,770
Okay.

27
00:00:57,770 --> 00:00:58,770
So, you're Ricardo?

28
00:00:58,770 --> 00:01:02,200
No.

29
00:01:02,200 --> 00:01:03,200
What's your name?

30
00:01:03,200 --> 00:01:04,200
Jose.

31
00:01:04,200 --> 00:01:05,200
Jose?

32
00:01:05,200 --> 00:01:06,200
Yes.

33
00:01:06,200 --> 00:01:07,200
Hernandez?

34
00:01:07,200 --> 00:01:08,200
Yes.

35
00:01:08,200 --> 00:01:09,200
Do you have an ID?

36
00:01:09,200 --> 00:01:10,200
oh, you have one from here the United States?

37
00:01:10,200 --> 00:01:11,200
And where are you going, Jose?

38
00:01:11,200 --> 00:01:12,200
We're going to Odessa.

39
00:01:12,200 --> 00:01:16,140
To Odessa, what are you going to do there?

40
00:01:16,140 --> 00:01:17,140
For a car.

41
00:01:17,140 --> 00:01:18,140
Oh, yes.

42
00:01:18,140 --> 00:01:19,140
For the cars, then.

43
00:01:19,140 --> 00:01:20,140
Oh, okay.

44
00:01:20,140 --> 00:01:21,140
From the auction or what?

45
00:01:21,140 --> 00:01:22,140
Yes, from the auction, from Copart.

46
00:01:22,140 --> 00:01:23,140
Oh, okay.

47
00:01:23,140 --> 00:01:24,140
Yes.

48
00:01:24,140 --> 00:01:25,140
So how many days or hours are you going to stay there?

49
00:01:25,140 --> 00:01:26,140
We are not going to stay too long.

50
00:01:26,140 --> 00:01:27,140
I don't know.

51
00:01:27,140 --> 00:01:28,140
Yes.

52
00:01:28,140 --> 00:01:29,140
Okay.

53
00:01:29,140 --> 00:01:30,140
It depends on uh

54
00:01:30,140 --> 00:01:31,140
of when the cars are ready over there...

55
00:01:31,140 --> 00:01:32,140
Oh, okay.

56
00:01:32,140 --> 00:01:33,140
Yes.

57
00:01:33,140 --> 00:01:34,140
And it depends if they send us to another place.

58
00:01:34,140 --> 00:01:35,140
But right now, we're going to Odessa.

59
00:01:35,140 --> 00:01:36,140
To Odessa?

60
00:01:36,140 --> 00:01:37,140
Yes.

61
00:01:37,140 --> 00:01:38,140
If you don't find a car there, what are you going to do?

62
00:01:38,140 --> 00:01:39,140
How?

63
00:01:39,140 --> 00:01:40,140
If you don't find a car there.

64
00:01:40,140 --> 00:01:41,140
No, it has to be there.

65
00:01:41,140 --> 00:01:42,140
We're going straight there.

66
00:01:42,140 --> 00:01:43,140
Oh, okay.

67
00:01:43,140 --> 00:01:44,140
If not, in Midland, I think.

68
00:01:44,140 --> 00:01:45,140
Well, it depends.

69
00:01:45,140 --> 00:01:46,140
They call us.

70
00:01:46,140 --> 00:01:47,140
Uh-huh.

71
00:01:51,140 --> 00:01:48,140
And they say, no, go to Midland.

72
00:01:52,140 --> 00:01:49,140
So you guys are just drivers?

73
00:01:53,140 --> 00:01:50,140
Yes, just drivers.

74
00:01:53,140 --> 00:01:51,140
Yes.

75
00:01:54,140 --> 00:01:52,140
Okay.

76
00:01:55,140 --> 00:01:53,140
I always help them.

77
00:01:56,140 --> 00:01:54,140
And you go with the other van in front of you?

78
00:01:58,140 --> 00:01:55,140
The black one

79
00:01:59,140 --> 00:01:56,140
The black one?

80
00:02:00,140 --> 00:02:01,140
No, there's another van like that.

81
00:02:01,140 --> 00:02:02,140
Huh.

82
00:02:02,140 --> 00:02:03,140
The black one with Chihuahua plates?

83
00:02:03,140 --> 00:02:04,140
Yes.

84
00:02:04,140 --> 00:02:05,140
Huh?

85
00:02:05,140 --> 00:02:06,140
Yes,the dolly.

86
00:02:06,140 --> 00:02:07,140
It's just that we had the dolly, but it got flat.

87
00:02:07,140 --> 00:02:08,140
We lost the tread of the tire

88
00:02:08,140 --> 00:02:09,140
Oh.

89
00:02:09,140 --> 00:02:11,140
Oh, yes.

90
00:02:10,140 --> 00:02:12,140
We're going to go to the Tire shop.

91
00:02:12,140 --> 00:02:13,140
They did us a favor to take the dolly over there.

92
00:02:13,140 --> 00:02:14,140
Oh, okay.

93
00:02:14,140 --> 00:02:15,140
Yes.

94
00:02:15,140 --> 00:02:16,140
And how do you know that guy back there?

95
00:02:16,140 --> 00:02:17,140
Is he your cousin?

96
00:02:17,140 --> 00:02:18,140
Here from the job.

97
00:02:18,140 --> 00:02:19,140
No, he is from the job.

98
00:02:19,140 --> 00:02:20,140
Just a co-worker?

99
00:02:20,140 --> 00:02:21,140
Yes, from the bridge.

100
00:02:21,140 --> 00:02:22,140
Oh, okay.

101
00:02:22,140 --> 00:02:24,140
So how many times in a month have you been on this trip?

102
00:02:24,140 --> 00:02:25,140
How?

103
00:02:25,140 --> 00:02:27,140
To go to Odessa to buy parts and cars.

104
00:02:27,140 --> 00:02:28,140
The whole week.

105
00:02:28,140 --> 00:02:29,140
The whole week?

106
00:02:29,140 --> 00:02:30,140
Yes, we have the whole week.

107
00:02:30,140 --> 00:02:31,140
Yes.

108
00:02:31,140 --> 00:02:32,140
But just to Odessa?

109
00:02:32,140 --> 00:02:33,140
Did you go to other parts or?

110
00:02:33,140 --> 00:02:34,140
To Odessa

111
00:02:34,140 --> 00:02:35,140
To Midland, to Dallas sometimes we go.

112
00:02:35,140 --> 00:02:36,140
But here in Texas?

113
00:02:36,140 --> 00:02:37,140
Yes, here in Texas.

114
00:02:37,140 --> 00:02:38,140
But you didn't go to other states or anything?

115
00:02:38,140 --> 00:02:39,140
No.

116
00:02:39,140 --> 00:02:40,140
No.

117
00:02:40,140 --> 00:02:41,140
Well, I'll see you.

118
00:02:41,140 --> 00:02:42,140
Okay?

119
00:02:42,140 --> 00:02:43,140
uh huh.

120
00:02:43,140 --> 00:02:44,140
Oh, yeah. He's lying there.

121
00:02:45,140 --> 00:02:46,140
Is that a flat tire or what?

122
00:02:46,140 --> 00:02:47,140
Yes, it blow out.

123
00:02:47,140 --> 00:02:48,140
Do you want to see it?

124
00:02:48,140 --> 00:02:49,140
If you want, whatever.

125
00:02:49,140 --> 00:02:49,140
No, yeah, it's fine.

00:03:03,820 --> 00:03:04,820
Nooo, it did blow out the tire

126
00:03:04,820 --> 00:03:04,820
huh.

127
00:03:05,820 --> 00:03:06,820
It did blow out or what?

128
00:03:06,820 --> 00:03:09,820
Yes, but (inaudible)

129
00:03:09,820 --> 00:03:09,820
Oh, okay

130
00:03:10,820 --> 00:03:11,820
Well, get in with me, okay?

131
00:03:11,820 --> 00:03:12,820
Yes, it's fine.

132
00:03:12,820 --> 00:03:13,820
Okay.

133
00:03:13,820 --> 00:03:15,820
Do you have knives, grenades, bazookas, anything with you?

134
00:03:15,820 --> 00:03:16,820
No.

135
00:03:16,820 --> 00:03:25,500
No.

136
00:03:25,500 --> 00:03:26,500
of what?

137
00:03:26,500 --> 00:03:27,500
It's the first time I've been in the front of a police car.

138
00:03:27,500 --> 00:03:28,500
Well, the front is better than in the back.

139
00:03:28,500 --> 00:03:29,500
Oh, you have a dog right.

140
00:03:29,500 --> 00:03:30,500
Of course.

141
00:03:30,500 --> 00:03:31,500
Well, yes.

142
00:03:31,500 --> 00:03:33,500
And if you were sitting in the back, you would have been arrested.

143
00:03:37,500 --> 00:03:38,940
Okay.

144
00:03:38,940 --> 00:03:39,940
Yes. It's hot outside.

145
00:03:39,940 --> 00:03:40,940
Yeah, it's ugly.

146
00:03:40,940 --> 00:03:41,940
Yes, it is.

147
00:03:43,940 --> 00:03:44,940
And you guys are from El Paso or from Juarez?

148
00:03:44,940 --> 00:03:45,940
From El Paso.

149
00:03:45,940 --> 00:03:46,940
From El Paso?

150
00:03:46,940 --> 00:03:46,940
Uh-huh.

151
00:03:49,940 --> 00:03:52,940
If you're from El Paso, why do you have a license from?

152
00:03:52,940 --> 00:03:53,940
I have my passport.

153
00:03:53,940 --> 00:03:54,940
I have dual citizenship, I'm Mexican.

154
00:03:54,940 --> 00:03:55,940
what?

155
00:03:55,940 --> 00:03:57,940
Oh, yes.

156
00:03:57,940 --> 00:03:58,940
You have dual citizenship?

157
00:03:58,940 --> 00:03:58,940
Uh-huh.

158
00:03:59,940 --> 00:03:59,940
So, do you speak English?

159
00:03:59,940 --> 00:04:00,940
No.

160
00:04:00,940 --> 00:04:01,940
No? okay

161
00:04:01,940 --> 00:04:02,940
I have almost always lived in Juarez

162
00:04:02,940 --> 00:04:03,940
But do you understand?

163
00:04:03,940 --> 00:04:04,940
More or less.

164
00:04:04,940 --> 00:04:05,940
A little bit?

165
00:04:05,940 --> 00:04:05,940
Yes.

166
00:04:05,940 --> 00:04:05,940
Okay.

167
00:04:05,940 --> 00:04:06,940
How old are you?

168
00:04:06,940 --> 00:04:07,940
19.

169
00:04:07,940 --> 00:04:08,940
19?

170
00:04:08,940 --> 00:04:09,940
Young?

171
00:04:09,940 --> 00:04:10,940
Yes.

172
00:04:10,940 --> 00:04:14,470
Yeah.

173
00:04:14,470 --> 00:04:15,470
So, this Van is not yours?

174
00:04:15,470 --> 00:04:16,470
No.

175
00:04:16,470 --> 00:04:17,470
No?

176
00:04:17,470 --> 00:04:18,470
Is it from him or from?

177
00:04:18,470 --> 00:04:19,470
No, no, no.

178
00:04:19,470 --> 00:04:19,470
No, no.

179
00:04:19,470 --> 00:04:20,470
Or from a partner or what?

180
00:04:21,470 --> 00:04:21,470
Yes, yes.

181
00:04:21,470 --> 00:04:22,470
No, from the ones we work with.

182
00:04:23,470 --> 00:04:24,470
Oh, Okay.

183
00:04:24,470 --> 00:04:25,470
What do you do?

184
00:04:25,470 --> 00:04:26,470
Pardon?

185
00:04:26,470 --> 00:04:27,470
What do you do?

186
00:04:27,470 --> 00:04:28,470
What do we do?

187
00:04:28,470 --> 00:04:29,470
Yes.

188
00:04:29,470 --> 00:04:29,470
Oh, we pulled cars.

189
00:04:29,470 --> 00:04:30,470
From what?

190
00:04:30,470 --> 00:04:31,470
We pulled cars.

191
00:04:31,470 --> 00:04:31,470
Oh, okay.

192
00:04:31,470 --> 00:04:34,470
I mean, we moved them with the trailer, with the dolly, with tow bars.

193
00:04:34,470 --> 00:04:37,470
Oh, so, you buy the car here and then export it to?

194
00:04:37,470 --> 00:04:38,470
Yes, I mean, from the auction.

195
00:04:38,470 --> 00:04:39,470
Uh-huh.

196
00:04:39,470 --> 00:04:41,470
We take them to Juarez and then other people cross them to Mexico.

197
00:04:41,470 --> 00:04:42,470
Huh Oh, okay.

198
00:04:42,470 --> 00:04:44,470
From those who import them and sell them.

199
00:04:44,470 --> 00:04:45,470
Oh, okay.

200
00:04:47,470 --> 00:04:48,470
Was I driving too fast?

201
00:04:48,470 --> 00:04:48,470
No, no, no.

202
00:04:49,470 --> 00:04:50,140
Sorry.

203
00:04:50,140 --> 00:04:53,140
Um, the other car that, the gray car.

204
00:04:53,140 --> 00:04:53,140
Uh-huh.

205
00:04:53,140 --> 00:04:54,140
That is in front of you.

206
00:04:54,140 --> 00:04:55,140
Uh-huh.

207
00:04:55,140 --> 00:04:57,140
You were very close to the other car.

208
00:04:57,140 --> 00:04:58,140
You need more space.

209
00:04:58,140 --> 00:04:59,140
Okay.

210
00:05:00,140 --> 00:05:06,140
Uh, when a post or something passes, you need to count one second, two seconds, three seconds,

211
00:05:06,140 --> 00:05:08,140
and then you pass the same post.

212
00:05:08,140 --> 00:05:09,140
Okay?

213
00:05:09,140 --> 00:05:10,140
Okay.

214
00:05:10,140 --> 00:05:11,140
So, it requires more space.

215
00:05:11,140 --> 00:05:12,140
If you are very close and he.

216
00:05:12,140 --> 00:05:13,140
Yes.

217
00:05:13,140 --> 00:05:14,140
Press the brakes, you don't want to get hit in the back.

218
00:05:14,140 --> 00:05:15,140
Yes, I would.

219
00:05:15,140 --> 00:05:16,140
An accident.

220
00:05:16,140 --> 00:05:17,140
Uh-huh.

221
00:05:17,140 --> 00:05:18,140
I understand.

222
00:05:18,140 --> 00:05:19,140
Yes, I get a little bit closer.

223
00:05:19,140 --> 00:05:20,780
It's that he braked when.

224
00:05:20,780 --> 00:05:21,780
Uh-huh.

225
00:05:21,780 --> 00:05:22,780
When you started.

226
00:05:22,780 --> 00:05:23,780
Uh-huh.

227
00:05:23,780 --> 00:05:24,780
As if we were

228
00:05:24,780 --> 00:05:24,820
Uh-huh.

229
00:05:25,140 --> 00:05:31,140
We were hitting the limit, and when his speed goes down, that's when we put my signal.
So, he can give me a chance to pass him.

230
00:05:30,140 --> 00:05:33,140
He was going down about 75, 70.

231
00:05:33,140 --> 00:05:36,140
And like I said, that's why it's a retention, it's not a ticket

232
00:05:37,140 --> 00:05:41,140
You don't need to pay anything, and then it doesn't affect anything in your name or anything like
that

233
00:05:41,140 --> 00:05:43,140
Ok, that's fine. And I apologize.

234
00:05:43,140 --> 00:05:48,460
So where are you going right now?

235
00:05:48,460 --> 00:05:49,460
I'm going here to Odessa

236
00:05:49,460 --> 00:05:50,620
To Odessa?

237
00:05:50,460 --> 00:05:56,460
And what are you going to do there?

238
00:05:56,460 --> 00:05:57,620
For the cars, for cars.

239
00:05:57,620 --> 00:05:59,620
Is there an auction in Odessa?

240
00:05:59,620 --> 00:06:00,620
Yes. Uh huh.

241
00:06:06,620 --> 00:06:07,580
What's the name of the auction there?

242
00:06:07,580 --> 00:06:09,580
What?

243
00:06:09,580 --> 00:06:15,090
What's the name of the auction there in Odessa?

244
00:06:15,090 --> 00:06:16,090
What?

245
00:06:16,090 --> 00:06:18,090
What's the name of the auction?

246
00:06:18,090 --> 00:06:19,090
What do you mean?

247
00:06:19,090 --> 00:06:20,090
Is it Copart or is it...

248
00:06:20,090 --> 00:06:21,090
Ah, Copart

249
00:06:21,090 --> 00:06:23,340
Copart?

250
00:06:23,340 --> 00:06:25,340
Yes, well, it's also there

251
00:06:25,340 --> 00:06:29,340
Although many times there's a little yard where sometimes we pick up the cars from there.

252
00:06:29,340 --> 00:06:31,340
And they take it out of the auction, and we just pick them up from there...

253
00:06:31,340 --> 00:06:33,340
Oh, okay

254
00:06:33,340 --> 00:06:35,340
And we do not enter to the auction anymore

255
00:06:35,340 --> 00:06:38,340
And is this the first time you've been to Odessa?

256
00:06:38,340 --> 00:06:39,340
to do that or...

257
00:06:39,340 --> 00:06:40,340
No

258
00:06:40,340 --> 00:06:41,340
Have you been a lot?

259
00:06:41,340 --> 00:06:42,340
Like two or three times

260
00:06:42,340 --> 00:06:45,340
So how many trips do that make in a month?

261
00:06:45,340 --> 00:06:47,340
In a month? Well, I think about two

262
00:06:47,340 --> 00:06:48,340
Two?

263
00:06:48,340 --> 00:06:50,340
Well, not a lot, but it's more or less

264
00:06:50,340 --> 00:06:51,340
Oh, okay

265
00:06:51,340 --> 00:06:53,340
So, when was the last time you went to Odessa?

266
00:06:53,340 --> 00:06:55,970
Last week

267
00:06:55,970 --> 00:06:56,970
Yes

268
00:06:56,970 --> 00:07:01,940
Yes

269
00:07:01,940 --> 00:07:03,940
So, you've never been anywhere else?

270
00:07:03,940 --> 00:07:04,940
To Dallas, to...

271
00:07:04,940 --> 00:07:05,940
Pardon?

272
00:07:05,940 --> 00:07:07,940
So, you haven't been anywhere else either?

273
00:07:07,940 --> 00:07:09,940
Well, we've also been there, but with...

274
00:07:09,940 --> 00:07:10,940
To Dallas, to...

275
00:07:10,940 --> 00:07:12,940
Yes, we've been to Dallas

276
00:07:12,940 --> 00:07:13,940
To Fort Worth

277
00:07:13,940 --> 00:07:14,940
Abilene?

278
00:07:14,940 --> 00:07:15,940
Yes, Abilene

279
00:07:15,940 --> 00:07:16,940
Abilene too?

280
00:07:16,940 --> 00:07:17,940
Well, the whole 20, All the 20 route

281
00:07:17,940 --> 00:07:18,940
Oh, really?

282
00:07:18,940 --> 00:07:19,940
Yes

283
00:07:19,940 --> 00:07:21,940
You can also go further, but in general we don't go that far

284
00:07:21,940 --> 00:07:22,940
Oh

285
00:07:22,940 --> 00:07:24,940
It's almost always till Dallas.

286
00:07:24,940 --> 00:07:27,940
Because if not, there is already too far

287
00:07:27,940 --> 00:07:30,180
Yeah

288
00:07:30,180 --> 00:07:32,180
And who is paying for gas and all that?

289
00:07:32,180 --> 00:07:35,180
Well, they give us money and for the expenses.

290
00:07:35,180 --> 00:07:36,180
Oh, really?

291
00:07:36,180 --> 00:07:37,180
Yes

292
00:07:37,180 --> 00:07:40,620
Well, it's not that much, you can see that it's a lot of money, but...

293
00:07:40,620 --> 00:07:41,620
Okay

294
00:07:41,620 --> 00:07:42,620
And if you step on the gas fine, then...

295
00:07:47,620 --> 00:07:49,300
I think they have the same engine

296
00:07:49,300 --> 00:07:50,300
No, this is a 5.3, right?

297
00:07:50,300 --> 00:07:51,300
Of what?

298
00:07:51,300 --> 00:07:53,300
The same engine, this is a 5.3

299
00:07:53,300 --> 00:07:55,300
I don't know, I know it's a V8, but...

300
00:07:55,300 --> 00:08:01,620
So, what is the maximum distance that you can go in this car?

301
00:08:01,620 --> 00:08:03,620
I don't know, to Dallas

302
00:08:03,620 --> 00:08:04,620
To Dallas only?

303
00:08:04,620 --> 00:08:12,980
So, you're the only driver who drives this van?

304
00:08:12,980 --> 00:08:13,980
Or are there others?

305
00:08:13,980 --> 00:08:14,980
Only you?

306
00:08:14,980 --> 00:08:16,980
Oh, no, I think there are others, yes

307
00:08:16,980 --> 00:08:17,980
Oh, yes?

308
00:08:17,980 --> 00:08:18,980
Yes, it's just that sometimes

309
00:08:18,980 --> 00:08:20,980
There are other guys. When I can't drive

310
00:08:20,980 --> 00:08:21,980
Oh, okay

311
00:08:21,980 --> 00:08:23,980
oh, I understand you

312
00:08:23,980 --> 00:08:48,310
Oh, well, I'm going to stop there, okay?

313
00:08:48,310 --> 00:08:50,310
I'll go talk to your friend again

314
00:08:50,310 --> 00:09:06,780
They are going to Odessa, but they were in Atlanta last week

315
00:09:06,780 --> 00:09:09,780
Dude, do you have a cell phone license or a Tele?

316
00:09:09,780 --> 00:09:10,780
A what?

317
00:09:10,780 --> 00:09:12,780
What's your number?

318
00:09:12,780 --> 00:09:14,780
Of Tele, of a cell phone

319
00:09:14,780 --> 00:09:15,780
656

320
00:09:15,780 --> 00:09:16,780
Is it from Mexico?

321
00:09:16,780 --> 00:09:17,780
Yes, it's from Mexico

322
00:09:17,780 --> 00:09:19,780
So, 656

323
00:09:19,780 --> 00:09:22,780
And you only have one phone, or do you have two or three?

324
00:09:22,780 --> 00:09:23,780
I had another

325
00:09:23,780 --> 00:09:24,780
Oh, yes

326
00:09:24,780 --> 00:09:26,780
Yes, but it's 429

327
00:09:26,780 --> 00:09:27,780
429

328
00:09:27,780 --> 00:09:28,780
429

329
00:09:28,780 --> 00:09:29,780
0170,

330
00:09:31,780 --> 00:09:32,780
0170

331
00:09:32,780 --> 00:09:33,780
0170

332
00:09:33,780 --> 00:09:34,780
What's your phone number to the other one?

333
00:09:34,780 --> 00:09:35,780
Your other phone

334
00:09:35,780 --> 00:09:37,780
915, the other one was...

335
00:09:37,780 --> 00:09:42,350
915, I don't know the other one

336
00:09:42,350 --> 00:09:43,350
No?

337
00:09:43,350 --> 00:09:45,350
429, I don't know it

338
00:09:45,350 --> 00:09:47,350
No.  Don't you have it there in this one?

339
00:09:47,350 --> 00:09:49,350
No, not here, not in this one

340
00:09:49,350 --> 00:09:50,350
No, okay, well then

341
00:09:50,350 --> 00:10:46,480
So how many days or hours are you going to stay there in Odessa?

342
00:10:46,480 --> 00:10:48,480
Most likely we are going and coming back

343
00:10:48,480 --> 00:10:49,740
Today?

344
00:10:49,740 --> 00:11:33,740
Yes

345
00:11:33,740 --> 00:12:06,420
This time I want to reach 26

347
00:12:03,420 --> 00:12:05,420
What is going on with my computer?

348
00:12:05,420 --> 00:12:06,420
Is it malfunctioning?

348
00:12:06,420 --> 00:12:06,420
Yes.

349
00:12:08,420 --> 00:12:09,420
Here the signal is very bad, right?

350
00:12:09,420 --> 00:12:10,420
Yeah

351
00:12:10,420 --> 00:12:11,420
Yes

352
00:12:11,420 --> 00:12:14,420
Right when we were at the 180, by the exit to the 10

353
00:12:14,420 --> 00:12:16,420
Very bad, no, I can't see a video

354
00:12:16,420 --> 00:12:17,420
Oh no, nothing?

355
00:12:17,420 --> 00:12:18,420
Nothing

356
00:12:18,420 --> 00:12:19,420
Sorry

357
00:12:19,420 --> 00:12:24,740
It's very bad

358
00:12:24,740 --> 00:12:25,740
That's what I'm called for

359
00:12:25,740 --> 00:12:48,800
Not even my radio works fine.

360
00:12:53,800 --> 00:12:55,950
SiS1 Sheriff Office, I am code 4.

361
00:13:08,950 --> 00:13:13,230
Hey, I'm good, I guess my radio is not working (Deputy received a call on his cell phone).

362
00:13:13,230 --> 00:13:14,230
Yeah

363
00:13:14,230 --> 00:13:15,230
Yeah, I'm good

364
00:13:15,230 --> 00:13:21,490
Can you, is Garcia 10-6?

365
00:13:21,490 --> 00:13:23,490
If he, can you ask him if he's available if he can start rolling that way, please?

366
00:13:23,490 --> 00:13:25,490
Okay, thank you

367
00:13:25,490 --> 00:13:26,490
Okay

368
00:13:26,490 --> 00:13:36,550
Well, the big part that I do is like an anti-narco

369
00:13:36,550 --> 00:13:37,550
Okay
370
00:13:37,550 --> 00:13:45,180
Well, you work all day here on the 20th, I then on the 10th

371
00:13:45,180 --> 00:13:52,180
Looking for smugglers who are taking illegal things to all sides of the United States

372
00:13:52,180 --> 00:13:56,180
Like kilos over there, money over here

373
00:13:56,180 --> 00:13:58,180
So, I just wanted to ask you

374
00:13:58,180 --> 00:14:00,180
And you don't have anything illegal with you?

375
00:14:00,180 --> 00:14:01,180
No

376
00:14:01,180 --> 00:14:02,180
You don't have a lot of money with you?

377
00:14:02,180 --> 00:14:03,180
No, I have like $800.00

378
00:14:03,180 --> 00:14:04,180
From the narcos?

379
00:14:04,180 --> 00:14:08,180
Yes, but I don't have like 50,000, 80,000, nothing like that

380
00:14:08,180 --> 00:14:09,180
No
381
00:14:09,180 --> 00:14:13,180
You don't have "Cuerno de Chivos"? (AK-47)

382
00:14:13,180 --> 00:14:13,180
No

383
00:14:13,180 --> 00:14:17,180
Grenades, bazookas, nothing like that

384
00:14:17,180 --> 00:14:17,180
No

385
00:14:17,180 --> 00:14:19,180
Immigrants?

386
00:14:19,180 --> 00:14:20,180
No, neither

387
00:14:20,180 --> 00:21:16,180
No

389
00:14:21,180 --> 00:14:22,180
Drugs?

390
00:14:22,180 --> 00:14:23,180
No

391
00:14:23,180 --> 00:14:24,180
Marijuana?

392
00:14:24,180 --> 00:14:32,180
Well, this guy has a little cartridge, but he doesn't have, he doesn't have, just the pen, but not the Marijuana itself.

393
00:14:32,180 --> 00:14:33,180
So..

394
00:14:33,180 --> 00:14:34,180
Is that...

395
00:14:34,180 --> 00:14:35,180
Yes, it's a...

396
00:14:35,180 --> 00:14:36,180
Yes, it's just the pill

397
00:14:36,180 --> 00:14:37,180
Yes, but

398
00:14:37,180 --> 00:14:39,180
But it's for marijuana or tobacco?

399
00:14:39,180 --> 00:14:41,180
No, well it doesn't have anything

400
00:14:41,180 --> 00:14:42,180
Don't? ok.

401
00:14:41,180 --> 00:14:42,180
Well, we don't have Marijuana.

402
00:14:43,180 --> 00:14:47,180
Yes, as it says, I'm an anti-narco
403
00:14:47,180 --> 00:14:52,180
We're not looking here for people with personal drugs

404
00:14:52,180 --> 00:14:53,180
Oh, okay

405
00:14:53,180 --> 00:14:57,180
Okay, if they have a few grams of marijuana, there is no problem with me

406
00:14:57,180 --> 00:15:02,180
I need to take it off, but I'm not going to arrest him or anything like that, ok?

407
00:15:02,180 --> 00:15:06,180
If you only have a pen, there's no problem either.

408
00:15:06,180 --> 00:15:12,180
I'm looking for kilos, ok?

409
00:15:12,180 --> 00:15:15,180
But it doesn't have marijuana.

410
00:15:15,180 --> 00:15:16,180
No.

411
00:15:16,180 --> 00:15:17,180
Kilos of marijuana.

412
00:15:17,180 --> 00:15:18,180
No.

413
00:15:18,180 --> 00:15:19,180
Coca.

414
00:15:19,180 --> 00:15:20,180
No.

415
00:15:20,180 --> 00:15:21,180
Crystal.

416
00:15:21,180 --> 00:15:22,180
No.

417
00:15:22,180 --> 00:15:23,180
Heroin.

418
00:15:23,180 --> 00:15:24,180
No.

419
00:15:24,180 --> 00:15:25,180
Fentanyl.

420
00:15:25,180 --> 00:15:26,180
No.

421
00:15:26,180 --> 00:15:28,180
In your knowledge, this Van doesn't have a "clavo" has nothing hidden?

422
00:15:28,180 --> 00:15:29,180
It doesn't have any of that.

423
00:15:29,180 --> 00:15:30,180
No.

424
00:15:30,180 --> 00:15:34,180
You're the driver of the vehicle right now, ok?

425
00:15:34,180 --> 00:15:40,180

So, in the eyes of Texas, you're the owner of the van.

426
00:15:40,180 --> 00:15:41,180
Ok.

427
00:15:41,180 --> 00:15:46,180
So, I want to ask you, can I check your van?

428
00:15:46,180 --> 00:15:47,180
Yes.

429
00:15:47,180 --> 00:15:49,180
And all the suitcases?

430
00:15:49,180 --> 00:15:50,180
Yes.

431
00:15:50,180 --> 00:15:52,180
Everything, all the tires?

432
00:15:52,180 --> 00:15:55,180
In the front, in the back, in the bottom, in the top, everything?

433
00:15:55,180 --> 00:15:56,180
Yes.

434
00:15:56,180 --> 00:15:57,180
Everything?

435
00:15:57,180 --> 00:15:58,180
Yes.

436

00:15:58,180 --> 00:15:59,180
Ok.

437
00:15:59,180 --> 00:16:00,180
I want to check your van, ok?

438
00:16:00,180 --> 00:16:01,180
Yes.

439
00:16:01,180 --> 00:16:10,180
If it's ok with you, follow me to my workshop to check it there because right now it's

440
00:16:10,180 --> 00:16:11,180
a little hot.

441
00:16:11,180 --> 00:16:12,180
Ok.

442
00:16:12,180 --> 00:16:14,180
And then there, well, my workshop is in Pecos.

443
00:16:14,180 --> 00:16:19,180
And Pecos is like 10 or 15 minutes from here, this one.

444
00:16:19,180 --> 00:16:20,180
Ok.

445
00:16:20,180 --> 00:16:22,180
So, you need to go through Pecos to go to Odessa.

446
00:16:22,180 --> 00:16:23,180
Ok.

447
00:16:23,180 --> 00:16:24,180
Ok.

448
00:16:24,180 --> 00:16:25,180
Ok.

449
00:16:25,180 --> 00:16:29,180
So, there you can feel in my workshop.

450
00:16:29,180 --> 00:16:35,180
If you need to go to the bathroom or drink water, you can do all of that there.

633
00:43:56,480 --> 00:43:57,480
That door doesn't open or what?

634
00:43:57,480 --> 00:43:58,480
Central medical team.

635
00:43:58,480 --> 00:43:59,480
Push it.

636
00:43:59,480 --> 00:44:00,480
Hard or what?

00:44:00,480-->00:44:01,480
Yes, you have tu push it good.

637
00:44:00,480 --> 00:44:03,920
From the inside?

00:44:03,480 --> 00:44:04,920
Yes.

638
00:44:04,920 --> 00:44:06,100
Central is backing around to Central Station.

639
00:44:06,100 --> 00:44:08,100
Well, I'm going to open it right now.

640
00:44:07,100 --> 00:44:09,100
I think that's it.

00:44:09,100 --> 00:44:12,100
Oh, Okay.

641
00:44:14,100 --> 00:44:15,290
Is it open or closed?

642
00:44:15,290 --> 00:44:16,290
There is open now.

00:44:19,290 --> 00:44:20,290
No, I don't know.

643
00:44:20,290 --> 00:44:21,290
Well, guys, look.

644
00:44:21,290 --> 00:44:22,290
What?

645
00:44:22,290 --> 00:44:23,690
There's a dog coming.

646
00:44:23,690 --> 00:44:24,690
Uh-huh.

647
00:44:24,690 --> 00:44:25,690
Okay.

648
00:44:25,690 --> 00:44:26,690
Um, because mine is new.

649
00:44:26,690 --> 00:44:27,690
Okay.

650
00:44:28,690 --> 00:44:30,690
Um, so there's one coming with more experience.

651
00:44:30,690 --> 00:44:31,690
How long it's going to take ?

652
00:44:31,690 --> 00:44:32,690
Um, It's coming now.

653
00:44:32,690 --> 00:44:33,690
Okay.

654
00:44:33,690 --> 00:44:35,690
But, there is something i was looking at here

654
00:44:35,690 --> 00:44:38,690
Ah, you talking about that little brick right?

655
00:44:38,690 --> 00:44:39,690
Uh-huh

656
00:44:39,690 --> 00:44:43,690
I know it seems like something bad, but all these types of van have it. I mean it's a normal thing.
It's like a metal plate they put on it.

657
00:44:43,690 --> 00:44:44,690
Okay.

658
00:44:44,690 --> 00:44:45,690
Okay, good. Um

664
00:44:45,690 --> 00:44:55,690
If the dog smells something, and you don't have, um. You'll need to go to my workshop.

665
00:44:55,690 --> 00:44:57,690
Ok, If the dog smells something.

666
00:44:57,610 --> 00:44:58,610
Yes, It's fine.

667
00:44:58,610 --> 00:45:01,610
If not, I finish the...

668
00:45:01,610 --> 00:45:02,610
How long it's going to take ?

669
00:45:02,690 --> 00:45:03,690
Um, It's coming.

670
00:45:03,690 --> 00:45:03,690
Can you pass yours?.

671
00:45:03,690 --> 00:45:04,690
huh.

672
00:45:05,690 --> 00:45:05,690
You can't pass yours?

673
00:45:05,690 --> 00:45:06,690
Like i said, mine it's new.

674
00:45:06,690 --> 00:45:07,690
Unaudible.

675
00:45:07,690 --> 00:45:08,690
But, yeah, they were here with you.

676
00:45:08,690 --> 00:45:09,690
Yes?
677
00:45:09,690 --> 00:45:10,690
Yeah.

678
00:45:10,610 --> 00:45:12,610
Can I have some water?

679
00:45:12,610 --> 00:45:19,610
Yes, easy. Just wait for the dog. If the dog smells something, you need to go to my workshop.

680
00:45:19,610 --> 00:45:20,610
Yes sir.

681
00:45:20,610 --> 00:45:24,610
If not, I finished everything, and we can go.

682
00:45:24,610 --> 00:45:25,610
Where is the water?

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case Number P-25-CR-00173** |
| | § | |
| **JAVIER ALEJANDRO GAMBOA VALADEZ** | § | |
| | | |
| *Defendant.* | | |

## AFFIDAVIT OF TRANSLATION

BEFORE ME, the undersigned authority, on this day personally appeared the Affiant herein, who, by me was duly sworn, as follows:

My name is <u>Lizeth Ryan</u>. I am over the age of 18, I am sound of mind, and I am capable of making this affidavit.  I am personally acquainted with the facts stated herein. I have worked as an Assistant Paralegal for the Federal Public Defenders Office for the Western District of Texas in Alpine Texas since August of 2024 and previously as Legal Assistant since August of 2018.

I am fluent in the Spanish and English languages. As part of my professional duties, I regularly translate documents from Spanish to English for use in legal proceedings and I am competent to perform such translations.

Attached hereto is an English-language transcript translated from Spanish and taken from the body-worn camera of Lt. Jurado from the beginning of the video until the 16:35 playing-time of the video, and from 43:56 to the 45:25 playing-time of the video in minute: second format.

I swear and affirm that the translations are true and accurate to the best of my abilities.

Signed this 6th day of October 2025.

/s/ Lizeth Ryan___
Lizeth Ryan
Assistant Paralegal
Western District of Texas
108 N. 10th Street
Alpine, Texas 79830
(432) 837-5598
(432) 837-9023 (fax)