UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:25-CR-00173(1,2)-DC |
| | § | |
| (1) JAVIER ALEJANDRO GAMBOA VALADEZ | § | |
| | § | |
| (2) JOSE BENJAMIN HERNANDEZ | | |

### ORDER CANCELLING MOTIONS HEARING - MOTION TO SUPPRESS

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MOTIONS HEARING - MOTION TO SUPPRESS on Tuesday, November 04, 2025 at 10:00 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 20th day of October, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE